IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ECHO LENTZ,

           Plaintiff,

v.                             1:06-cv-1893-WSD

HOSPITALITY STAFFING
SOLUTIONS, LLC,

           Defendant.

## VERDICT

I. **Overtime Claim**

1. Did the Plaintiff earn, but was not paid, overtime pay by the Defendant?

        Yes __X__   No _____

If you answered "No" to this Question, please go to Section II. If you answered "Yes," proceed to Question 2.

2. Was the Plaintiff exempt from the Fair Labor Standards Act as an "administrative" employee?

        Yes _____   No __X__

If you answered "Yes" to this Question, please go to Section II. If you answered "No," proceed to Question 3.

3.   Was the Plaintiff exempt from the Fair Labor Standards Act as an "executive" employee?

Yes _____   No __X__

If you answered "Yes" to this Question, please go to Section II. If you answered "No," proceed to Question 4.

4.   Plaintiff should be awarded $__844.00__ to compensate for overtime Plaintiff worked.

## II.   Retaliation Claim

1.   Did the Plaintiff engage in statutorily protected activity prior to being terminated?

Yes __X__   No _____

If you answered "No" to this Question, please stop here. If you answered "Yes," proceed to Question 2.

2.   Were the Plaintiff's statutorily protected activities causally related to Plaintiff's termination?

Yes __X__   No _____

If you answered "No" to this Question, please stop here. If you answered "Yes," proceed to Question 3.

3. Did the Plaintiff suffer damages as a result of being terminated?

    Yes __X__   No _____

If you answered "No," please stop here. If you answered "Yes," proceed to Question 4.

4. If the Plaintiff had not engaged in statutorily protected activity, would she have been terminated for other reasons?

    Yes __X__   No _____

If you answered "Yes" to this question, please stop here. You are done with your findings. If you answered "No," proceed to Question 5.

5. Plaintiff should be awarded $ _____ for Plaintiff's retaliation damages.

**SO SAY WE ALL.**

Date  6-25-08

__Thomas McCleary__
Jury Foreperson's Printed Name

__[signature]__
Jury Foreperson's Signature