UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ECHO LENTZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HOSPITALITY STAFFING SOLUTIONS, LLC,<br><br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:06-cv-1893-WSD |

## J U D G M E N T

This action having come before the court, Honorable William S. Duffey, United States District Judge, it is

**Ordered and Adjudged** that the Clerk of Court shall enter judgment against Defendant in the amount of $1,688.00, the amount of which includes liquidated damages in the amount of $844.00.

Dated at Atlanta, Georgia, this 18th day of August, 2008.

　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　By: _/s/ K. Thornton_
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
　August 18, 2008
James N. Hatten
Clerk of Court

By: _/s/ K. Thornton_
　　　　Deputy Clerk